FILED
2026 May-21  PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **HENRY CLIFTON WADE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **2:26-cv-710-EGL-JHE** |
| | ) | |
| **KENNETH DRAKE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

This action is before the Court upon the Report and Recommendation submitted by the United States Magistrate Judge assigned to this matter. *See* Doc. 4. After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** his recommendation. The Court **DIRECTS** the Clerk of Court to **TRANSFER** this action to the United States District Court for the Middle District of Alabama. The Petitioner's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) shall be left pending for consideration.

**DONE** and **ORDERED** this 21st day of May, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE