IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY CLIFTON WADE,<br>AIS # 220160, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CV-405-WKW |
| | ) | [WO] |
| KENNETH DRAKE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner Henry Clifton Wade, a state inmate proceeding *pro se*, initiated this action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his conviction and sentence imposed by the Circuit Court of Butler County, Alabama.  (Doc. # 1.)  However, the appropriate vehicle for Petitioner to challenge the state-court judgment under which he is incarcerated is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.  Therefore, his petition will be construed as a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.

In compliance with *Castro v. United States*, 540 U.S. 375, 382–83 (2003), Petitioner is ADVISED that his petition is being recharacterized as a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.  Petitioner is CAUTIONED that this recharacterization renders his § 2254 petition and any subsequent § 2254 petition susceptible to the procedural limitations imposed upon a § 2254 petition.

Specifically, Petitioner is cautioned that this § 2254 petition and any subsequent § 2254 petition is subject to the one-year federal limitation period and the successive-petition bar applicable to § 2254 petitions.

In further compliance with *Castro*, it is ORDERED that on or before **June 18, 2026**, Petitioner shall inform the court whether he wishes to:

(1)    Proceed under 28 U.S.C. § 2254 on the claims in the original petition (Doc. # 1);

(2)    Amend his petition to assert any additional claims under 28 U.S.C. § 2254; or

(3)    Withdraw his petition.

In the event Petitioner wishes to amend his petition, the Clerk of Court is DIRECTED to provide him with a form for filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.  Petitioner is CAUTIONED that failure to comply with this Order will, without further notice, result in dismissal for failure to prosecute and comply with an order of the court.

DONE this 28th day of May, 2026.

_____
/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE